## ST. JOHN v. STATE.
### No. 16138.

Court of Criminal Appeals of Texas.
June 21, 1933.

Hirshberg, Mueller, Powell & Green and Elmer Ware Stahl, all of San Antonio, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

HAWKINS, Judge.

Conviction is for aggravated assault with a motor vehicle; punishment assessed being a fine of $35.

The information charges the offense. The record is here without statement of facts or bills of exception. Nothing is presented for review.

The judgment is affirmed.